UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROINA
DIVISION

UNITED STATES OF AMERICA

VS.    NO. 7:12-CR-16-F

Jamill Alberto General-Bender    ORDER

**IT IS HEREBY ORDERED** that the following government exhibit(s) admitted into evidence on 10/9/2012 be turned over to Special Agent Shawn Collins to be retained in his custody until this case is completed, including any matters on appeal:

| GOVERN. EXHIBIT NO.: | DESCRIPTION: |
|---|---|
| 1 | Smith & Wesson Revolver |
| 6 | Bullets (5) |
| 3 | Black Nylon Holster |

This 9th day of October, 2012.

James C. Fox
UNITED STATES DISTRICT JUDGE

Received by Agent    (signature) on    (date)
                                        10/9/2012


FILED IN OPEN COURT
ON 10/9/12
Julie A. Richards, Clerk
US District Court
Eastern District of NC