AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | NORTH CAROLINA |

UNITED STATES OF AMERICA

V.

JAMILL ALBERTO GENERAL-BENDER

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 7:12-CR-16-1F

At the close of the Government's evidence, the court ALLOWS Defendant's Motion for Judgment of Acquittal as to Count 2 of the Indictment pursuant to Rule 29 of the Federal Rules of Criminal Procedure.

The Defendant was found Not Guilty by jury as to Count 1, therefore this case is DISMISSED.

IT IS THEREFORE ORDERED AND ADJUDGED that Defendant be acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

James C. Fox, Senior United States District Judge
Name and Title of Judge

October 10, 2012
Date